# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Dalton,

    Plaintiff,

v.

La-Z-Boy Incorporated,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-553 JWB/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    La-Z-Boy Incorporated is **DISMISSED WITH PREJUDICE** and judgment will be entered.

Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 6/23/2025

KATE M. FOGARTY, CLERK